UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RACHAEL A. CLINE, | ) | CASE NO. 5:24-CV-01003 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | **OPINION AND ORDER** |
| Defendant. | ) ) | |

Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Carmen E. Henderson recommending the Court reverse the decision of the Commissioner of Social Security and remand the matter for further proceedings. (Doc. 12.) On March 31, 2025, the Commissioner timely responded and advised the Court that the Commissioner would not be filing any objections to the R&R. (Doc. 13.)

The Court has reviewed the R&R and ADOPTS same. The decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner for additional proceedings consistent with the R&R and this Court's Opinion and Order.

**IT IS SO ORDERED.**

Date:  April 3, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE